# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN LAMONT CRAWFORD, | Case No.  1:26-cv-00924-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | |
| FRESNO COUNTY JAIL, et al., | (ECF No. 2) |
| Defendants. | **TWENTY-ONE DAY DEADLINE** |

Plaintiff Dustin Lamont Crawford filed a complaint on February 3, 2026.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, the Court is unable to determine from the information provided in the application whether Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, the Court will direct Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.  Additionally, the Court observes that Plaintiff stated in his application to proceed *in forma pauperis* that he is currently incarcerated at the Fresno County Jail, yet lists 4740 E. Shields Avenue Apt B. Fresno, CA 93726 as his mailing address.  Plaintiff is directed to clarify whether he is currently incarcerated and, if so, why he listed a different mailing address.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2. Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee;

3. Plaintiff is directed to clarify whether he is currently incarcerated and, if so, why he listed a different mailing address; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:    **February 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2