**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTIN LAMONT CRAWFORD,<br>Plaintiff,<br>v.<br>FRESNO COUNTY JAIL, et al.,<br>Defendants. | Case No. 1:26-cv-00924 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |

Dustin Lamont Crawford, who is proceeding *pro se*, commenced this action on February 3, 2026. (Doc. 1.) As relevant here, on September 2, 2026, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action for want of subject matter jurisdiction. (Doc. 9.) The findings and recommendations gave Plaintiff fourteen days to file any objections. (*Id.*) That deadline has passed, and Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations (Doc. 9) filed September 2, 2026, is **ADOPTED** in full.

///

2. This matter is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: September 23, 2026

UNITED STATES DISTRICT JUDGE